

**ORDERED in the Southern District of Florida on November 18, 2013.**

John K. Olson, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION**

IN RE:                                                          CASE NO. 13-17344-JKO
                                                                CHAPTER 7
RICHARD E. CHAMBERS,
RUTH O. CHAMBERS,

          Debtors.                  /

**ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM**

THIS CAUSE came before the court in Fort Lauderdale, Florida for consideration of the Trustee's Objection to Claim (DE# 62). The Court, having reviewed the Trustee's Objection to Claim and Certificate of No Response filed by the Trustee pursuant to Local Rule 3007-1, does:

ORDER AND ADJUDGE:

1.  The Trustee's objection to claim number 8-1 filed by Capital One, N.A. as a general unsecured claim in the amount of $561.61 and as a secured claim in the amount of $343.98 is sustained and the claim is allowed as a general unsecured claim in the amount of $561.61.

#

Submitted by:
Chad S. Paiva, Trustee
250 S. Australian Ave., Suite 700
West Palm Beach, FL 33401
Telephone:  (561) 227-2370
Facsimile:   (561) 653-3937
Email: trustee@gmlaw.com

ECF/Electronic Notice to:

- Office of the US Trustee         USTPRegion21.MM.ECF@usdoj.gov
- David B. Stearns, Esq.           dbs@davidstearns.com
- Steven Kane Esq.                 ecfnotices@ascensioncapitalgroup.com
- Whitney Groff Esq.
- Capital One (Bass Associates)    ecf@bass-associates.com

Via Regular mail to:
Richard and Ruth Chambers, Debtors
5272 NW 55th Terrace
Pompano Beach, FL 33073

Capital One, N.A.
Bass Associates
3936 E. Ft. Lowell Road #200
Tucson, AZ 85712-1083